639 A.2d 21

**COMMONWEALTH of Pennsylvania**

v.

**Willie BARNETT, Sr., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 28, 1994.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

AND NOW, this 28th day of January, 1994, the request to proceed in forma pauperis is granted and the Motion to Extend Time to Perfect Nunc Pro Tunc Appeal is denied.

Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.